BRIAN J. McCAFFREY, ESQ.
523 Octavia Street
San Francisco, California 94102
(State Bar #71861)
(415) 431-3472
Facsimile: (415) 552-2703

Attorney for Defendant,
ACORN Housing Corporation, Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE KING,<br><br>    Plaintiff,<br><br>vs.<br><br>ACORN HOUSING CORPORATION,<br>BRUCE DORPALEN, Director of Housing,<br>in his individual and official capactiy; LEZ<br>TRUJILLO, Western Regional Supervisor,<br>in her individual and official capacity.<br><br>    Defendants.<br>_____/ | No.  CIV.S-04-1902 LKK PAN PS<br><br>STIPULATION AND ORDER<br>DISMISSING CLAIMS OF THE<br>FOURTH CAUSE OF ACTION OF<br>THE FIRST AMENDED COMPLAINT |

The parties hereto stipulate as follows:

    Whereas the claims stated in the Fourth Cause of Action of the First Amended Complaint are also the subject of a judgment in the Superior Court of Sacramento County (Case No. 04CM00161), and

    Whereas defendant ACORN Housing Corporation has agreed to pay the amount of that judgment in full,

    Plaintiff, Elise King, hereby stipulates that the claims stated in the Fourth Cause of

//

//

Stipulation and Order Dismissing Claims
of the Fourth Cause of Action                                            1

1  Action of the First Amended Complaint are withdrawn and will be considered dismissed.

Dated:   4/29/05                              /S/
                                              Elise King, pro se


Dated:   4/29/05                              /S/
                                              Brian J. McCaffrey, attorney for
                                              defendant, ACORN Housing Corporation


                              ORDER
It is so ordered.

Dated:  May 11, 2005.

                                       /s/ Peter A. Nowinski
                                       PETER A. NOWINSKI
                                       Magistrate Judge

Stipulation and Order Dismissing Claims
of the Fourth Cause of Action              2

Elise King v. Acorn Housing Corporation, et al.
CIV.S-04-1902 LKKPAN PS

## PROOF OF SERVICE BY MAIL
### [1013(a), 2015.5 C.C.P]

I am over the age of eighteen years and not a party to the within cause. I am a resident of and employed in the City and County of San Francisco, where the mailing occurred; my business address is 523 Octavia Street, San Francisco, California 94102. I served the within:

**STIPULATION AND ORDER DISMISSING CLAIMS OF THE FOURTH CAUSE OF ACTION OF THE FIRST AMENDED COMPLAINT**

on the following person(s) on the date set forth below, by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States Post Office mail box at San Francisco, California, addressed as follows:

Elise King
10155 O'Meara Drive
Sacramento, CA 95829

I certify or declare under penalty of perjury that the foregoing is true and correct. Executed on May 11, 2005 at San Francisco, California.

/S/
Maria Rocio Sanchez

PROOF OF SERVICE            3