1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  ELISE KING,
                                  NO. CIV. 04-1902 LKK/EFB PS
12
            Plaintiff,
13
        v.
14                                        O R D E R
    ACORN HOUSING CORPORATION,
15  BRUCE DORPALEN, Director of
    Housing, in his individual
16  and official capacity; LEZ
    TRUJILLO, Western Regional
17  Supervisor, in her individual
    and official capacity,
18
            Defendants.
19  _____/

20          The scheduling order issued in this case instructed that

21  the parties were to file separate and joint pretrial statements by

22  September 15, 2006.  The court is in receipt of the defendants'

23  separate pretrial statement and a "joint statement," which

24  indicates that defendants have been unable to meet and confer with

25  plaintiff.

26          Accordingly, the court ORDERS that:

                                    1

1.   The pretrial conference in this case currently set for October 16, 2006 at 2:30 p.m. is hereby CONTINUED to November 6, 2006 at 3:00 p.m.   Plaintiff's separate pretrial statement and the Joint Statement of Undisputed Facts and Disputed Factual Issues must be filed by no later than October 23, 2006.

2.   Plaintiff is hereby ORDERED TO SHOW CAUSE in writing within ten (10) days from the effective date of this order why sanctions should not issue in the above-captioned case in the amount of One Hundred Fifty Dollars ($150), as permitted by Local Rule 11-110, for failure to comply with the scheduling order.

IT IS SO ORDERED.

DATED: October 3, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2