UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELISE KING,

                              NO. CIV. 04-1902 LKK/EFB PS

        Plaintiff,

   v.

                              O R D E R

ACORN HOUSING CORPORATION,
BRUCE DORPALEN, Director of
Housing, in his individual
and official capacity; LEZ
TRUJILLO, Western Regional
Supervisor, in her individual
and official capacity,

        Defendants.
_____/

        On October 3, 2006, the court ordered plaintiff to show cause why sanctions should not be imposed for failure to file a timely pretrial statement. The court is in receipt of plaintiff's response. Plaintiff, who is pro se, notes her confusion regarding when to file the statement in light of Local Rule 16-281. Good

////

////

1

```
 1  cause shown, the order to show cause is DISCHARGED.
 2       IT IS SO ORDERED.
 3       DATED: October 20, 2006.
 4
 5
 6                              _____
                                LAWRENCE K. KARLTON
 7                              SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
 8
```