UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELISE KING,

          Plaintiff,

   v.

ACORN HOUSING CORPORATION, BRUCE DORPALEN, Director of Housing, in his individual and official capacity; LEZ TRUJILLO, Western Regional Supervisor, in her individual and official capacity,

          Defendants.

                         NO. CIV. 04-1902 LKK/EFB PS

O R D E R

The court is in receipt of a letter from Phillip R. Bonotto, counsel for defendant in the above captioned case. Mr. Bonotto expressed concern that the court would disregard defendant's objections to plaintiff's exhibits. The objections were filed on December 4, 2006 in response to the court's tentative pretrial order. The court hereby amends the final pretrial order to read as follows:

1

1      The court will consider and review defendant's objections to
2 plaintiff's exhibits.
3      IT IS SO ORDERED.
4      DATED: January 3, 2007.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```