```
                   UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


ELISE KING,
                                       NO. CIV. 04-1902 LKK/EFB PS
          Plaintiff,

     v.
                                             O R D E R
ACORN HOUSING CORPORATION,
BRUCE DORPALEN, Director of
Housing, in his individual
and official capacity; LEZ
TRUJILLO, Western Regional
Supervisor, in her individual
and official capacity,

          Defendants.
                                    /
```

The court is in receipt of plaintiff's brief entitled, Acceptance of Order of Judgment (document number 59).  The court also received and reviewed defendants' objections.  In light of defendants' objections, the court will disregard plaintiff's acceptance.  The clerk of the court is directed to not enter

////

////

1

1  judgment in this case.
2       IT IS SO ORDERED.
3       DATED: February 6, 2007.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT