Phillip R. Bonotto, Esq.
State Bar No. 109257
pbonotto@rushfordbonotto.com
RUSHFORD & BONOTTO, LLP
2277 Fair Oaks Blvd., Suite 495
Sacramento, CA 95825
(916) 565-0590

Attorneys for Defendants,
Acorn Housing Corporation, Inc.,
Lez Trujillo, and Bruce Dorpalen

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELISE L. KING,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ACORN HOUSING CORPORATION,<br>BRUCE DORPALEN, Director of Housing, in his individual and official capacity; LEZ TRUJILLO, Western Regional Supervisor, in her individual and official capacity,<br><br>　　　　Defendants. | Case No.: 2:04-CV-01902-LKK-EFB<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

　　IT IS HEREBY AGREED between plaintiff, ELISE L. KING and defendants, ACORN HOUSING CORPORATION, INC., LEZ TRUJILLO and BRUCE DORPALEN that this action may be dismissed with prejudice, each party to bear its own fees and costs. No other party has appeared in this action.

Dated: February 23, 2007   By:   /s/ Elise King
　　　　　　　　　　　　　　　　　Elise King, In Pro Per

Dated: February 26, 2007   **RUSHFORD & BONOTTO, LLP**

　　　　　　　　　　　　　　By:   /s/ Phillip R. Bonotto, Esq.
　　　　　　　　　　　　　　　　　Phillip R. Bonotto, Esq. for
　　　　　　　　　　　　　　　　　Acorn Housing Corporation, Inc.
　　　　　　　　　　　　　　　　　Lez Trujillo, and Bruce Dorpalen

1

PDF created with pdfFactory trial version www.pdffactory.com

1 **ORDER DISMISSING ACTION**

2 In light of the stipulation of counsel, IT IS HEREBY ORDERED that this action

3 is dismissed with prejudice, each party to bear its own fees and costs.

4

5 Dated:  March 1, 2007

6

7

8 LAWRENCE K. KARLTON
  SENIOR JUDGE
9 UNITED STATES DISTRICT COURT

# **PROOF OF SERVICE**

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 2277 Fair Oaks Boulevard, Suite 495, Sacramento, California 95825.

I am familiar with this company's practice whereby the mail, after being placed in a designed area, is given the appropriate postage and is deposited in a U.S. mailbox in the City of Sacramento, California after the close of the day's business.

On February 26, 2007, I served the within:

**STIPULATION FOR DISMISSAL OF ACTION**

_X_ on all parties in said action by placing a true copy thereof enclosed in a sealed envelope in the designated area for outgoing mail addressed as set forth below:

Elise L. King
10155 O'Meara Drive
Sacramento, CA 95829

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on February 26, 2007, at Sacramento, California.

　　　　　　　　　　　　　　　　　　　／s／ Kristina Spears　　　　　　
　　　　　　　　　　　　　　　　　　Kristina Spears